UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Craig B. Shaffer                                    K. Weckwerth
United States Magistrate Judge                      Deputy Clerk

Case Number: 07-cr-00313-EWN                        FTR /CBS PM

Date: September 11, 2007


UNITED STATES OF AMERICA                            Brenda Taylor

        v.


TAMERA JO FREEMAN                                   Martha Eskesen

---

### HEARING ON MOTION FOR RECONSIDERATION OF DETENTION ORDER

---

Court in Session: 1:33 pm

Court calls case and appearances of counsel.

Matt Farwell is present from pre-trial services.

Defense addresses the motion [26].

Government addresses the motion.

Court presents findings.

**ORDERED: Motion [26] is GRANTED.  Defendant to be released to a community corrections facility with additional conditions of release.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 1:55 pm

time in court: 22 minutes