IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk          Date: October 31, 2007
Therese Lindblom, Court Reporter
Caryl Ricca, Probation Officer

Criminal Action No. 07–cr–00313–EWN

*Parties:*                          *Counsel:*

UNITED STATES OF AMERICA,           Brenda Taylor

    Plaintiff,

v.

1.  TAMERA JO FREEMAN,              Martha Eskesen

    Defendant.

---

## ARRAIGNMENT MINUTES

---

**9:30 a.m.**      Court in session.

Defendant is sworn.

Preliminary questioning of Defendant by Court.

Defendant waives reading of Indictment previously executed.

Government re-arraigns Defendant.

**Defendant pleads GUILTY to Count 1 of the Indictment.**

Court reviews plea agreement with Defendant.

Defendant is informed of possible sentences that could be imposed.

*Courtroom Minutes*
*07-cr-00313-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

Defendant's constitutional and other rights are explained.

Court explains elements of proof to Defendant.

Statement by Defendant.

Government outlines evidence.

Court's findings.

**ORDERED: 1.**   **Court Exhibits 1 and 2 are received for purposes of this hearing.**

**ORDERED: 2.**   **Plea of GUILTY is received and Defendant is adjudged guilty of the offense.**

**ORDERED: 3.**   **Court defers acceptance of plea agreement until after probation department has prepared a pre-sentence report.**

**ORDERED: 4.**   **Sentencing is set for Friday, January 18, 2008, at 9:00 a.m.**

**ORDERED: 5.**   **Defendant's Motion for Notice of the Government's Intent to Use Rule 404(b) Evidence (#35, filed October 6, 2007) is DENIED as moot**.

**ORDERED: 6.**   **Defendant's Motion for Order to Produce Additional Discovery (#36, filed October 6, 2007) is DENIED as moot.**

Defendant's bond is continued.

**10:05 a.m.**   Court in recess.

Hearing concluded.

Total time: 00:35