FILED
United States Court of Appeals
Tenth Circuit

August 21, 2008

Elisabeth A. Shumaker
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

In re:

TAMERA JO FREEMAN,

Movant.

No. 08-1290

---

ORDER

---

Before **O'BRIEN**, **EBEL**, and **TYMKOVICH**, Circuit Judges.

---

Movant Tamera Jo Freeman has applied for authorization to file a second or successive 28 U.S.C. § 2255 motion. Ms. Freeman pleaded guilty in 2007 to interference with flight crew members and attendants. She was sentenced in February 2008, to time served plus three years of supervised release. Ms. Freeman did not file a direct appeal, and she has not previously challenged her conviction by way of a § 2255 motion. Because she has not previously filed a § 2255 motion in the district court, authorization from this court to file a second or successive § 2255 motion is not required. Ms. Freeman may file any such initial § 2255 motion in the district court within the time limits set forth in 28 U.S.C. § 2255(f).

Ms. Freeman's motion for authorization is DISMISSED as unnecessary.

Entered for the Court

ELISABETH A. SHUMAKER, Clerk